now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. Lewis S. ROTH.
### No. 5220.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on October 4, 1933, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. Miss Louise TEWES.
### No. 5217.

Circuit Court of Appeals, Seventh Circuit.
April 13, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is

## COMMISSIONER OF INTERNAL REVENUE v. UIHLEIN REALTY TRUST
### et al.
### No. 5204.

Circuit Court of Appeals, Seventh Circuit.
March 29, 1934.

Preston B. Kavanagh, of Washington, D. C., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for review of the decision of the United States Board of Tax Appeals entered on July 31, 1933, be, and the same is hereby, dismissed.